# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY DELAGE WILLIAMS, | ) | NO. CV 10-6158 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8/5/2012.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE